# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| RONALD RAY BELL and BONNIE LOUISE BELL<br><br>v.<br><br>OCWEN LOAN SERVICING, L.L.C. | §<br>§<br>§  CIVIL ACTION NO. 4:19-CV-129-SDJ<br>§<br>§<br>§<br>§ |

### ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Ronald Ray Bell and Bonnie Louise Bell and Defendant Ocwen Loan Servicing, L.L.C. have filed a Joint Motion for Dismissal of Claims with Prejudice. (Dkt. #34). The Court, having reviewed the Motion, finds that it should be **GRANTED**. It is therefore **ORDERED** that this case is **DISMISSED with prejudice**, and that the parties shall bear their own costs and attorney fees.

The Clerk is instructed to **CLOSE** this civil action.

So ORDERED and SIGNED this 14th day of January, 2020.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE